IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Petra Isaman, Vilian Lourdes Ramirez Carrillos, and Nallely Mendoza, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Housekeeping Services of Hilton Head, LLC., David L. Myers and CHS Services Inc Individually,<br><br>Defendants. | C/A NO.: 9:17-cv-00800-PMD |

**ORDER GRANTING
JOINT MOTION FOR SETTLEMENT APPROVAL**

The Court, having received the parties' Joint Motion for Settlement Approval submitted jointly by the parties, hereby ORDERS that the Joint Motion for Settlement Approval is GRANTED. The parties will file a motion dismissing this action with prejudice after the Defendants have made the payments set forth in the settlement agreement.

Dated this _____ day of _____, 2018.

AND IT IS SO ORDERED.

_____
Patrick Michael Duffy
UNITED STATES DISTRICT COURT JUDGE