IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Petra Isaman, Vilian Lourdes Ramirez Carrillos, and Nallely Mendoza, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Housekeeping Services of Hilton Head, LLC., David L. Myers and CHS Services Inc., individually,<br><br>　　　　　Defendants. | C.A. No.: 9:17-cv-800-PMD |

**ORDER GRANTING**
**JOINT MOTION FOR SETTLEMENT APPROVAL**

The Court, having received the parties' Joint Motion for Settlement Approval, hereby ORDERS that the joint motion is GRANTED. The parties will file a motion dismissing this action with prejudice after Defendants have made the payments set forth in the settlement agreement.

　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick Michael Duffy*
　　　　　　　　　　　　　　　　　　　　　　　PATRICK MICHAEL DUFFY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**May 29, 2018**
**Charleston, South Carolina**