# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## BEAUFORT DIVISION

| | |
|---|---|
| Petra Isaman, Yillian Ramirez, Nalley Mendoza On Behalf of Themselves and All Others Similarly Situated, | C/A No.: 9:17-cv-00800-PMD |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Housekeeping Services of Hilton Head, LLC, Southern Tides Cleaning LLC, and David L. Myers, Individually, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to and give notice of the dismissal of this action, with prejudice.

s/Marybeth Mullaney                                    s/Molly H. Cherry
Marybeth Mullaney      (Fed ID No. 11162)      Molly H. Cherry           (Fed. ID No. 7067)
1037 Chuck Dawley Blvd, Suite 104               NEXSEN PRUET, LLC
Mount Pleasant, SC 29464                          205 King Street, Suite 400 (29401)
Phone:  843.588.5587                              P.O. Box 486
Facsimile:  843.593.9334                          Charleston, South Carolina  29402
E-mail: Marybeth@mullaneylaw.net                  Phone:  843.577.9440
                                                  Facsimile:  843.414.8209
ATTORNEY FOR PLAINTIFFS                            E-mail: mcherry@nexsenpruet.com

                                                  ATTORNEYS FOR DEFENDANTS
January 4, 2019                                   HOUSEKEEPING SERVICES OF HILTON
Charleston, South Carolina                        HEAD, LLC AND DAVID L. MYERS